**UNITED STATES BANKRUPTCY COURT**
**TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT**

Transmitted by: Carol Sofinowski     Ext.: 4277   Date:  May 6, 2009

*BANKRUPTCY MATTER (answer only one):*

__X___1. Appeal (____ Cross Appeal, if any).  Appellant's Designation of Record included,_____ yes;

__X___ no

_____  2. Motion for Withdrawal of Reference        _____  5. Findings and Conclusions

                                                                                          (Lodgements)

_____  3. Contempt                                                      _____  6. Motion for Leave to Appeal

                                                                                          (Interlocutory Appeal)

  ___     4. Other

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case No(s): 06-11284     Chapter: 13
2. Adversary Proceeding No(s)., if any:   07-428
3. U.S. Bankruptcy Judge: Paul Mannes
4. Related U.S. District Court Civil Action No., if any:   There is a appeal in reference to the adversary case 07-428; 8:08-cv-01976-RWT
5. Additional comments: No designations were filed; Parties to the adversary case were noticed

*PARTY INFORMATION (answer all):*

1. Debtor(s): Donna Maria Barnes-Duncan
2. Trustee, if any: Timothy P. Branigan

**Appellant/Movant:** Donna Maria Barnes-Duncan


Appellant/Movant's Counsel:  Pro se


**Appellee/Respondent:**


Appellee/Respondent's Counsel:


Appeal-45.1  -  1/29/09