IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA MARIA BARNES-DUNCAN,** * | |
| Appellant * | |
| v. * | Case No.: RWT 09cv1178 |
| **TIMOTHY P. BRANIGAN,** * | |
| Appellee. * | |

## ORDER

On May 7, 2009, Appellant filed a Notice of Appeal from Bankruptcy Court. *See* Paper No. 1. To date, Appellant has failed to file a brief. As such, Appellant has failed to comply with Federal Rules of Bankruptcy Procedure 8006 and 8009.[1]

Accordingly, it is this 9th day of September, 2009, by the United States District Court for the District of Maryland,

**ORDERED** that the Appellant **SHOW CAUSE** within seven (7) days of the date of this Order why her appeal should not be dismissed for failure to comply with Federal Rules of Bankruptcy Procedure 8006 and 8009.



/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Bankruptcy Procedure 8006 provides, in pertinent part: "Within 10 days after filing the notice of appeal . . . the appellant shall file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Federal Rule of Bankruptcy Procedure 8009(a)(1) provides, in pertinent part: "The appellant shall serve and file a brief within 15 days after entry of the appeal on the docket . . . ."