IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA MARIA BARNES-DUNCAN,** | * |
| Appellant | * |
| v. | *   Case No.: RWT 09cv1178 |
| **TIMOTHY P. BRANIGAN,** | * |
| Appellee. | * |

## ORDER

Upon consideration of Appellant Donna Maria Barnes-Duncan's Response to Court's Show Cause Order and Motion for Extension of Time to File Brief [Paper No. 3], the Court finding good cause having been shown, it is this 22nd day of September, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Appellant is **DIRECTED** to file a brief on or before October 30, 2009; and it is further

**ORDERED**, that Appellee is **DIRECTED** to file a brief on or before November 16, 2009; and it is further

**ORDERED**, that Appellant is **DIRECTED** to file with the clerk and serve on the Appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented on or before **October 26, 2009**, pursuant to Federal Rule of Bankruptcy Procedure 8006.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE