

```
                    _____
                          PAUL MANNES
                       U. S. BANKRUPTCY JUDGE
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In Re:<br><br>Donna Maria Barnes-Duncan aka<br>Donna Barnes Duncan aka Donna Duncan<br>aka Donna M. Duncan,<br>　　　　Debtor. | Case No. 06-11284PM<br>**Chapter 13** |
| Donna Maria Duncan,<br>　　　　Plaintiff,<br>v.<br><br>John Arness, III, Lane Plotkin, Liebner &<br>Plotkin, P.C. and Estate of Morris Battle,<br><br>　　　　Defendants. | AP No. 06-01615PM |

## ORDER GRANTING, IN PART, MOTIONS FOR SUMMARY JUDGMENT

Upon consideration of the motion for partial summary judgment of the plaintiff, Donna Marie Duncan, the opposition thereto, and the motion of the four defendants John Arness, III, Lane Plotkin, Liebner & Plotkin, P.C. and Estate of Morris Battle, for summary judgment, the same having come before the court for argument on July 19, 2007, and for the reasons set forth in the Memorandum of Decision filed this day, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the plaintiff's motion for partial summary judgment is GRANTED, in part, in that the defendants are found to have violated, on at least one occasion, the discharge injunction contained in § 524(a)(2) of the Bankruptcy Code; and it is further

ORDERED that the defendants' motion for summary judgment is GRANTED, in part, insofar as the court finds that the Deed of Trust dated August 22, 1991, recorded in Liber 9932, at Folio 078, among the land records of Montgomery County, Maryland, is a valid and subsisting Deed of Trust, securing, *in rem*, the obligation owed by the plaintiff to the Estate of Morris Battle.

cc:    Donna Maria Duncan
       9010 Watkins Road
       Gaithersburg, Md 20882

       Matthew H. Simmons
       Simmons & Associates, Chartered
       7347 Wisconsin Avenue
       Suite 200
       Bethesda, MD 20814

       Seann Patrick Malloy
       Simmons and Associates Chtd
       7347 Wisconsin Ave Ste 200
       Bethesda, MD 20814

       John Arness III
       4725 Wisconsin Avenue, N.W.
       Suite 250
       Washington, DC 20016

       Steven H. Greenfeld
       Cohen, Baldinger & Greenfeld, LLC
       7910 Woodmont Ave.
       Suite 760
       Bethesda, MD 20814

       Steven H. Greenfeld
       Cohen, Baldinger & Greenfeld, LLC
       7910 Woodmont Avenue
       Suite 760
       Bethesda, MD 20814

       Lane Plotkin
       4725 Wisconsin Avenue, N.W.
       Suite 250
       Washington, DC 20016

Liebner & Plotkin, P.C.
4725 Wisconsin Avenue, N.W.
Suite 200
Washington, DC 20016

Scott C. Borison
5500 Buckeystown Pike
Frederick, MD 21703

Estate of Morris Battle
4725 Wisconsin Ave., NW
Suite 250
Washington, DC 20016

Timothy P. Branigan
P.O. Box 1902
Laurel, MD 20725-1902

**End of Order**